GORLICK, KRAVITZ & LISTHAUS, P.C.
60 Park Place, 6th Floor
Newark, New Jersey 07102
(973) 824-5811

17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY             06 MC 147 (HAA)
FUND, TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,    EX PARTE
                                                          ORDER FOR TURNOVER
            Plaintiffs,

    - against -

BAY SHORE FIREPROOFING, INC.
and MILO T. DEGUGAS, JR.,

            Defendants.
-----------------------------------------------------------------X

       This matter having been brought before the Court on the application of plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Training Program Fund, and John J. Virga, in his fiduciary capacity as Director, for an Order for Turnover, and the Court being satisfied that plaintiffs have requested, pursuant to applicable procedures, an attachment of the bank accounts of the defendants Bay Shore Fireproofing, Inc. and Milo T. Degugas Jr., in order to satisfy a judgment filed in the matter as set forth in plaintiffs' affidavit filed in support of their application,

       IT IS, on this 2nd day of ~~March~~ July 2008,

1

ORDERED, that Bank of America, 1300 Highway 36, Hazlett, New Jersey 07703 turn over up to $38,225.36, plus $3,374.30 in additional interest, from any accounts held by defendants Bay Shore Fireproofing, Inc. and Milo T. Degugas Jr., to counsel for plaintiffs, Michael S. Adler, Gorlick, Kravitz & Listhaus, P.C. 17 State Street, Fourth Floor, New York, New York 10004, on behalf of plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Training Program Fund, and John J. Virga, in his fiduciary capacity as Director; and

IT IS FURTHER ORDERED that a copy of this Order for Turnover shall be served upon defendants Bay Shore Fireproofing, Inc. and Milo T. Degugas Jr. and Bank of America by regular mail within ten days from the date hereof.

*Harold A. Ackerman*

Hon. Harold A. Ackerman, U.S.D.J.